In re MARRIAGE OF Larry G. HAUER and Julie K. Hauer.

Larry G. HAUER, Petitioner/Respondent,

v.

Julie K. HAUER, Respondent/Appellant.

No. 60991.

Missouri Court of Appeals, Eastern District, Northern Division.

Dec. 8, 1992.

Michael P. O'Keefe, O'Keefe, Knopp, Weishaars, Leawood, Kan., for respondent/appellant.

Charles F. James, James & Dalton, Wentzville, for petitioner/respondent.

ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Dion MIMS, Appellant.

Nos. WD 44815, WD 45985.

Missouri Court of Appeals, Western District.

Dec. 8, 1992.

Brad B. Baker, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

ORDER

PER CURIAM:

Appeal from a conviction of one count of kidnapping, one count of forcible sodomy, one count of forcible rape, two counts of robbery in the first degree and five counts of armed criminal action; from a sentence of two hundred fifty (250) years imprisonment; and from denial of motion for post-conviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b) and Rule 30.-25(b).